# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159126

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* R. N. TANKERSLEY, Minor.

SC: 159126
COA: 342730
Wayne CC Family Division:
14-518269-NA

_____/

　　　　On order of the Court, the application for leave to appeal the January 17, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2019



d0319

Clerk